DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL A. FALANA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0724

_____

August 7, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Michael A. Falana, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, KELLY, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.